EILEEN M. DECKER
United States Attorney
LEON WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415)977-8982
    Facsimile: (415) 744-0134
    E-mail: timothy.bolin@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAMONA B. MOSLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-cv-03635-DFM<br><br>[~~PROPOSED~~] JUDGMENT |

1  Having approved the parties' joint stipulation to voluntary remand pursuant
2  to sentence four of 42 U.S.C.§ 405(g) and to entry of judgment, THE COURT
3  ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date:   November 6, 2015

_____
HON. DOUGLAS F. MCCORMICK
United States Magistrate Judge