1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Ramona B. Mosley

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 RAMONA B. MOSLEY,              ) Case No.: 2:15-cv-03635-~~SVW~~-DFM
                                  )
12         Plaintiff,             ) {~~PROPOSED~~} AMENDED ORDER
                                  ) AWARDING EQUAL ACCESS TO
13     vs.                        ) JUSTICE ACT ATTORNEY FEES
                                  ) AND EXPENSES PURSUANT TO 28
14 CAROLYN W. COLVIN, Acting      ) U.S.C. § 2412(d) AND COSTS
   Commissioner of Social Security,) PURSUANT TO 28 U.S.C. § 1920
15                                )
           Defendant              )
16 _____  )

17

18         Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20         IT IS ORDERED that the court's order of December 12, 2015 at Docket 22

21 be vacated and revised to order that Plaintiff Ramona Mosley be awarded fees and

22 expenses in the amount of $1,983.00 as authorized by 28 U.S.C. § 2412, including

23 costs in the amount of $17.00 as authorized by 28 U.S.C. § 1920, be awarded

24 subject to the terms of the Stipulation.

25         It is further ordered that Ramona Mosely having already received $2,383 in

26 accord with the court's order at Docket 22, will refund to the defendant $400 of

1  that sum to be in accord with this order so that the EAJA fee is $1983.00, rather
2  than $2,383.00.
3  DATE:   April 13, 2016

_____
THE HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

/s/ *Denise Bourgeois Haley*
_____
Denise Bourgeois Haley
Attorney for plaintiff Ramona B. Mosley